1  BENJAMIN B. WAGNER
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8               IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   1:10-CV-00957-AWI-GSA
                                       )
12         Plaintiff,                  )   **FINAL JUDGMENT OF FORFEITURE**
                                       )
13      v.                             )
                                       )
14 APPROXIMATELY $8,700.00 IN U.S.     )
   CURRENCY,                           )
15                                     )
           Defendant.                  )
16 _____)

17         Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

18         1.      This is a civil forfeiture action against defendant approximately $8,700.00 in U.S.

19 Currency (hereafter "defendant currency").

20         2.      A Verified Complaint for Forfeiture *In Rem* was filed on May 27, 2010, seeking the

21 forfeiture of the defendant currency, alleging the defendant currency is subject to forfeiture to the

22 United States of America pursuant to 21 U.S.C. § 881(a)(6) because the defendant currency

23 constitutes moneys or other things of value furnished or intended to be furnished in exchange for a

24 controlled substance or listed chemical, all proceeds traceable to such an exchange and/or was used

25 or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 *et seq.*

26         3.      On June 17, 2010, in accordance with the Complaint, a Warrant for Arrest of Articles

27 *In Rem* for the defendant currency was issued and duly executed on the defendant currency on June

28 23, 2010.

FINAL JUDGMENT OF FORFEITURE

4. Beginning on June 22, 2010, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site www.forfeiture.gov.

5. In addition to the publication of the forfeiture action, actual notice was made or attempted upon Juan Valencia aka Juan Luis Trujillo and Guadalupe Valencia Trujillo. To date, only Juan Valencia has filed a claim and answer to this action. No other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

6. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Guadalupe Valencia Trujillo on September 22, 2010. Pursuant to Local Rule 540, the United States and claimant Juan Trujillo thus join in a request that as part of this Final Judgment of Forfeiture in this case the Court enter a default judgment against the interest, if any, of Guadalupe Valencia Trujillo.

7. Claimant Juan Valencia represents and warrants that he is the sole owner of the defendant currency.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. Judgment is hereby entered against Juan Valencia aka Juan Luis Trujillo, Guadalupe Valencia Trujillo, and all other potential claimants who have not filed claims in this action.

3. Upon entry of a Final Judgment of Forfeiture, $4,350.00 of the defendant approximately $8,700.00 in U.S. Currency, together with any interest that may have accrued on the full $8,700.00 amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Upon entry of a Final Judgment of Forfeiture herein, but no later than 45 days thereafter, $4,350.00 of the defendant approximately $8,700.00 in U.S. Currency shall be returned to Claimant Juan Valencia through his attorney Victor M. Perez at 1304 W. Center Street, Visalia, California 93277.

FINAL JUDGMENT OF FORFEITURE                2

5. Plaintiff United States of America and its servants, agents, and employees, and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed. The parties to this stipulation agree to waive the provisions of California Civil Code § 1542.

6. Claimant Juan Valencia hereby waives any and all claim or right to interest that may have accrued on the defendant currency, or any portion thereof.

7. There was reasonable cause for the seizure and arrest of the defendant currency and that the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

8. All parties will bear their own costs and attorneys' fees.

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed May 27, 2010, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for seizure of the defendant currency.

IT IS SO ORDERED.

Dated:   November 2, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT OF FORFEITURE            3